Filing # 109684355 E-Filed 07/01/2020 03:37:37 PM

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 20-10755

BETTY BENNETT, Individually,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
a Foreign Limited Partnership,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff BETTY BENNETT, individually, by and through her undersigned counsel, and sues the Defendant WAL-MART STORES EAST, LP, a Foreign Limited Partnership, and for his causes of action states as follows:

### GENERAL ALLEGATIONS

### JURISDICTION AND VENUE

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00) and is within the jurisdiction of this Honorable Court.

2. Venue is proper because this cause of action accrued in Broward County, Florida.

### THE PARTIES

3. At all times material hereto, the Plaintiff BETTY BENNETT ("BETTY") is and was a resident of Broward County, Florida, over the age of 18 and otherwise *sui juris*.

4. At all times material hereto, the Defendant WAL-MART STORES EAST, LP ("WALMART") is and was a Foreign Limited Partnership, registered to do business and doing business in Broward County, Florida.

### THE PREMISES

5. At all times material hereto, Defendant WALMART owned, leased, managed, and/or controlled certain real property located at 5001 North Federal Highway, Pompano Beach, Florida 33064.

1



6. At all times material hereto, Defendant WALMART owned and operated a supermarket at the above real property which was open to the general public ("supermarket").

## THE ACCIDENT

7. On or about May 26, 2020, Plaintiff BETTY was an invitee on the premises at the supermarket.

8. At that time and place, it was raining outside of the supermarket.

9. At that time and place, Defendant WALMART placed carpet mats on the floor at the entrance of the supermarket and required customers to utilize the mats when walking through the entrance from the parking lot.

10. At that time and place, while Plaintiff BETTY was entering the supermarket, one of the carpet mats ("the carpet mat") slid, moved and/or shifted under Plaintiff's feet, causing Plaintiff to slip and fall to the floor.

## CAUSE OF ACTION FOR PREMISES LIABILITY
## AGAINST DEFENDANT WALMART

11. On or about May 26, 2020, Defendant WALMART, owed a duty to Plaintiff to maintain its premises in a reasonably safe condition, and free from all unreasonably dangerous conditions, so that business invitees, including Plaintiff BETTY, would not be injured as a result of those dangerous conditions on said premises. Additionally, Defendant WALMART owed a duty to warn Plaintiff BETTY of any unreasonably dangerous conditions on its premises which it created, knew or should have known of.

12. Defendant WALMART, by and through its agents, servants and/or employees, breached its duty by acts and/or omissions including, but not limited to, the following:

   a. Failing to adequately inspect the supermarket floor and carpet mat to ensure the carpet mat would not slide, move, or shift while being walked on;

   b. Failing to remove any substance from the floor prior to placing the carpet mat to ensure the mat would not slide, move, or shift while being walked on;

   c. Failing to properly secure the carpet mat to the floor to ensure it would not slide, move, or shift while being walked on;

   d. Failing to adequately warn Plaintiff that the mat would slide, move, or shift while being walked on;

   e. Not taking all other reasonable measures to ensure the carpet mat would not slide, move, or shift while being walked on.

13. The carpet mat that Plaintiff fell on constituted a dangerous condition that was created by and/or existed for a sufficient length of time that Defendant knew or should have known of the dangerous condition and corrected it

14. As a direct and proximate result of the aforementioned breach of duty, the Plaintiff BETTY suffered bodily injury and resulting pain and suffering, exacerbation of pre-existing conditions, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money. The losses are permanent and continuing and the Plaintiff will suffer losses in the future.

**WHEREFORE,** Plaintiff BETTY demands judgment against the Defendant WALMART for damages in excess of Thirty Thousand Dollars ($30,000.00) plus court costs and any other further relief this Court deems just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff BETTY requests trial by jury for all issues so triable thereby.

Dated this **31** day of June 2020.

        **KEN M. FRANKEL, P.A.**
        Attorney for Plaintiffs
        71 Northeast 27th Avenue
        Pompano Beach, Florida 33062
        Telephone: 954/784-0800
        Facsimile: 954/943-2813

By: _____
     KEN M. FRANKEL
     Florida Bar No: 375322